SAMUEL VALENSTEIN, Respondent, v. ALFRED D. MILLER and IRA M. GREENE, Appellants. WILLIAM ZARET, Defendant.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for Friday, June 17, 1927 (for which date the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of CORNELIUS E. BYRNE, Appellant, v. JANE E. PADDEN, Respondent.— Order of the County Court of Nassau county, reversing judgment of the City Court of Long Beach and ordering new trial, reversed upon the law, with costs to appellant, and judgment of the City Court of Long Beach reinstated. We think the City Court had jurisdiction to determine the amount of the rent due to the petitioner, and to give judgment for such amount pursuant to section 1425 of the Civil Practice Act,* which is expressly made applicable to the City Court of Long Beach by section 187, subdivision 7, of the city charter.† Kelly, P. J., Young, Kapper and Hagarty, JJ., concur; Lazansky, J., dissents as to the money judgment, being of opinion that the City Court of Long Beach lacked jurisdiction since the amount of arrears claimed exceeded $1,000.

In the Matter of the Transfer Tax upon the Estate of ALONZO B. POUCH, Deceased.— Order of the Surrogate's Court of Richmond county, confirming order entered on report of transfer tax appraiser, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

BORIS KRONMAN and ISIDOR MARQUIT, etc., Respondents, v. SAMUEL KRASNY and MARY SCHRIEBER, Appellants.— Judgment unanimously affirmed, without costs. No opinion. *Olener* v. *Krasny* (*post*, p. 764) and *Lenkowsky* v. *Schrieber* (*post*, p. 764), decided herewith, should be consolidated with this action so that there may be but one sale of the property. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

ISIDORE LENKOWSKY and SAMUEL SCHUMACHER, Copartners, etc., Respondents, v. MARY SCHRIEBER and SAMUEL KRASNY, Appellants.— Judgment unanimously affirmed, without costs. No opinion. *Olener* v. *Krasny* (*post*, p. 764) and *Kronman* v. *Krasny* (*ante*, p. 764), decided herewith, should be consolidated with this action so that there may be but one sale of the property. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

HERBERT G. NETTLETON, Appellant, v. CATHERINE E. HAYES and Others, Respondents.— Judgment unanimously affirmed, with costs, pursuant to section 106 of the Civil Practice Act. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

IDA OLENER and DORA OLENER, as Administratrices, etc., of SAMUEL OLENER, Deceased, Respondents, v. SAMUEL KRASNY and MARY SCHRIEBER, Appellants.— Judgment unanimously affirmed, without costs. No opinion. *Lenkowsky* v. *Schrieber* (*ante*, p. 764) and *Kronman* v. *Krasny* (*ante*, p. 764), decided herewith, should be consolidated with this action so that there may be but one sale of the property. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

* Added by Laws of 1921, chap. 199, as amd. by Laws of 1924, chap. 514.
— [REP.

† See Laws of 1922, chap. 635, § 187, subd. 7.— [REP.